IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASHLEY VODICKA, | ) | Case No. __________ |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| CARGILL MEAT SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

Statement of jurisdiction:

1. Plaintiff is a resident of Nebraska City, Otoe County, Nebraska;

2. Defendant operates a meat packing plant in Nebraska City, Nebraska;

3. This action arises from a charge of disability discrimination filed with the Nebraska Equal Opportunity Commission and Equal Employment Opportunity Commission NEB 1-25/26-12-55734-RS/EEOC 32E-20256-0115.

4. That this charge was filed on December 2, 2025.

5. That plaintiff received a right to sue letter and has otherwise exhausted administrative remedies.

Facts.

6. Plaintiff incorporates Paragraphs 1-5 into this complaint.

7. Plaintiff started working at defendant's plant in Nebraska City on September 25, 2006.
8. That plaintiff was employed as a lead in the "Pump and Temple" department.
9. That plaintiff's main tasks were supervisory and light duty but that she would occasionally need to engage in some heavier physical labor.
10. That sometime in 2025 that plaintiff received a diagnosis of cancer.
11. That plaintiff's manager, plant health personnel and human resources were aware of this diagnosis.
12. That starting in July 2025, plaintiff was placed on lifting restrictions and allowed to have intermittent FMLA to allow for time off for treatment and for time off work,
13. That plaintiff's restrictions as assigned by her doctor never materially varied.
14. That defendant was able to accommodate plaintiff's restrictions without undue burden.
15. That in October 2025, defendant misread plaintiff's work restrictions and placed plaintiff on unpaid leave for four months.
16. That defendant placing the plaintiff on unpaid leave violated state and federal disability discrimination laws for reasons including but not limited to: a) defendant did not engage in a good faith interactive process b) that defendant was able to accommodate plaintiff on intermittent FMLA for substantially the same restrictions for three months without undue burden.
17. That under the circumstances the defendant intentionally violated the civil rights of the plaintiff in placing her on unpaid leave.

18. Plaintiff requests a trial by jury to determine the rights and liabilities of the parties and requests all damages available under law and equity

ASHLEY VODICKA, Plaintiff

REHM LAW FIRM, PC, LLO
2930 Ridge Line Road, Suite 105
Lincoln, NE 68516
(402) 420-1400
E-mail: jonrehm@rehmlaw.com

For the firm: */s/ Jon Rehm*
Jon Rehm #23097